759 A.2d 847

IN THE MATTER OF MARK H. WATSON,
AN ATTORNEY AT LAW.

October 5, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **MARK H. WATSON** of **AUDUBON**, who was admitted to the bar of this State in 1965, should be reprimanded for violating *RPC* 1.7(a) and (b) (conflict of interest) and the prohibition against participating as broker and attorney expressed in *In re Roth,* 120 *N.J.* 665, 577 *A.*2d 490 (1990), and *Opinion 312,* 98 *N.J.L.J.* 646 (1975), and good cause appearing;

It is ORDERED that **MARK H. WATSON** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.